E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306
    Facsimile: (213) 894-2927
    E-mail:    andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
3/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
3/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CD DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:23-mj-00164-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING CASE |
| v. | **(UNDER SEAL)** |
| ANASTASSIA KREZOUB, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The above-captioned case and all documents filed in it, the government's sealing application, and this order shall be kept under seal until such time as the government notifies the Clerk's office that this matter may be unsealed or the government files a "Report Commencing Criminal Action" in this matter.

3/20/23
DATE

_____
UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                                      UNITED STATES MAGISTRATE JUDGE