AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| ANASTASSIA KREZOUB, | Case No.  8:23-mj-00164-DUTY |
| Defendant(s) | |

**LODGED**
CLERK, U.S. DISTRICT COURT
3/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY:___ CO ___ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
3/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY Valencia Munoz DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 5, 2021 through January 31, 2023 in the county of Orange in the Central

District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | Stalking |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Steven C. Wrathall*
*Complainant's signature*

Steven C. Wrathall, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:           3/20/23                     _____
                                             *Judge's signature*

City and state:   Los Angeles, California      Hon. Charles F. Eick, U.S. Magistrate Judge
                                             *Printed name and title*

AUSA Andrew M. Roach, (213) 894-0306

**AFFIDAVIT**

I, Steven C. Wrathall, being duly sworn, declare and state as follows:

## I.   BACKGROUND OF AFFIANT

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since February 2009.  I have worked on the FBI's Violent Crimes squad in Orange County since 2012 and have experience working a variety of violent crime offenses, including crimes involving children, fugitives, death threats, and murder for hire, among others. I am also currently assigned to the Orange County Violent Crime Task Force, which is composed of federal and local law enforcement agencies and is responsible for, among other things, locating violent fugitives and investigating violent crime.

## II.  PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of a criminal complaint and arrest warrant for ANASTASSIA KREZOUB ("KREZOUB") for a violation of 18 U.S.C. § 2261A(2)(B) (Stalking).

3.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are

approximate, and all dates and times are on or about those indicated.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

4.    The FBI is investigating ANASTASSIA KREZOUB for stalking a victim residing within the Central District of California (the "victim").  Between August 2021 and November 2021, KREZOUB, a then-resident of Boston, Massachusetts, and the victim had a brief romantic relationship, seeing each other when the victim would visit Boston.  In October and November 2021, however, the relationship changed when KREZOUB started to accuse the victim of taking photos of her without her permission, and request the victim buy her expensive gifts and other items. When the victim did not comply with the requests, KREZOUB began to send threatening and harassing text messages and voicemails.

5.    The victim attempted to cut contact with KREZOUB in December 2021.  He blocked her known numbers and did not respond to her text messages or voicemails.  Nonetheless, KREZOUB continued to send threatening messages and voicemails to the victim for well over a year, including through the present day, through various different phone numbers and via email.  Between December 2022 and early January 2023 alone, KREZOUB sent approximately 7,900 harassing text messages to the victim, despite receiving no response from the victim.  In addition, KREZOUB sent harassing messages to the victim's employer and filed two police reports against the victim, first alleging that he took photos without her consent and, later on, alleging that the victim sexually assaulted her.

6.    In late January 2023, the victim reinitiated contact with KREZOUB at the FBI's request.  This was the first communication that the victim sent KREZOUB in approximately a year.  During subsequent communications, KREZOUB requested that the victim give her gifts to avoid further damage to his or his family's reputation.

## IV.  <u>STATEMENT OF PROBABLE CAUSE</u>

7.    Based on my interview of the victim, my review of documents and materials provided by the victim and his counsel, and my review of the other relevant documents, I am aware of the following information:

A.    <u>The Victim's Relationship with KREZOUB</u>

8.    The victim met with the FBI and provided the following chronology of his relationship with KREZOUB as well as extensive text messages documenting their text conversations:

a.    On August 24, 2021, the victim met KREZOUB in the lobby of a hotel in Boston, Massachusetts.  At the time, the victim -- a wealthy businessman from Southern California -- was visiting Boston.  The victim described KREZOUB as a sophisticated, multi-lingual, and well-traveled Ukrainian woman between 26 and 30 years old.  KREZOUB and the victim spoke for approximately an hour in the hotel lobby, exchanged phone numbers, and agreed to go to dinner.

b.    A few days later, the victim and KREZOUB had dinner at a Boston restaurant.  After dinner, KREZOUB and the victim returned to his hotel room where he reported that they had consensual sex.  The victim reported that KREZOUB gave no

3

indication that she did not want to have sex, nor did he give
her any money for sex.  Over the next few days, the victim and
KREZOUB met approximately three or four times and continued
their dating relationship while he was in Boston.  They had
consensual sex on one or two additional occasions.

      c.    The victim returned to Boston again in September
and October 2021.  During these visits, the victim met KREZOUB a
handful of times for dinners and dates.  They also had
consensual sex on approximately two to four more occasions.  The
victim reported that all of their sex was consensual.  He
further stated that he never paid KREZOUB for any sex, nor did
he engage in anal sex with KREZOUB.

      d.    The victim and KREZOUB also exchanged texts and
calls with each other during this time, including when they were
apart.

      e.    Around the end of October or early November 2021,
the victim started to question KREZOUB's motivations as she
began to ask him to purchase expensive items for her.  The
victim reported that he never gave KREZOUB any gifts or money,
however, he paid for dinners when they went out and purchased
her flowers once.  The victim reported that KREZOUB never
specifically demanded money during their brief relationship.
Instead, she requested expensive gifts such as jewelry.  At that
point, the victim began to think that she might be trying to
scam him.  The victim reported that he was in the process of
getting a divorce when he met KREZOUB.  He stated that financial
documents showing his approximate net worth were publicly filed

in his divorce in October 2021.  The victim believed that KREZOUB obtained those documents as he stated that KREZOUB later referenced his divorce filings in harassing messages and voicemails.

f.    In November 2021, KREZOUB's tone and demeanor toward the victim in her text messages and phone calls changed. She began to become hostile towards him.  She also accused the victim of taking photos of her without her consent.  The victim denied ever doing so.

g.    In December 2021, KREZOUB filed a police report with the Boston Police Department alleging that the victim had taken pictures of her without her permission.  In his interview with the FBI, the victim denied ever taking photos of KREZOUB without her consent.

h.    In approximately mid-December 2021, the victim blocked KREZOUB's phone number in response to her harassing behavior.  But after blocking KREZOUB's phone number, the victim began receiving similar text messages from other phone numbers. The messages were similar in tone and tenor, leading him to believe that the sender was KREZOUB.  The victim continued to block these new phone numbers.  Each time the victim blocked a phone number, however, he would receive similar messages from different numbers or email accounts, leading him to believe that KREZOUB was sending him messages by frequently acquiring new numbers or accounts.

i.    In approximately December 2021, the victim's adult daughter and his ex-wife told him that they had been

5

contacted on social media by individual(s) purporting to be the victim. The victim reported that he did not create the social media accounts and he believed that KREZOUB had created these accounts. The victim also reported that his ex-wife was contacted by someone pretending to be the victim via email.

j. The victim reported that the last communication that he sent KREZOUB on his own initiative was sometime in December 2021.[1] Despite the victim stopping all communications with KREZOUB around that time, the victim continued to receive harassing messages and voicemails from KREZOUB. The victim estimated that he received thousands of unanswered texts and hundreds of unanswered voicemails from KREZOUB.

9. The victim and his counsel provided the FBI with screenshots, a 903-page phone extraction report containing text messages the victim exchanged with KREZOUB, recorded voicemails from KREZOUB, and two separate data extractions from his personal cell phone containing the complete text chains with KREZOUB, as well as approximately 186 recorded voicemails. I have reviewed these materials, which corroborate the victim's brief relationship with KREZOUB, the abrupt change in KREZOUB's behavior, and her numerous harassing messages. Examples of the communications I reviewed include the following:

a. In late August 2021, KREZOUB, texting from a phone number ending in 5969 ("the 5969 phone number"), and the victim exchanged text messages discussing dinner dates. The

---

[1] As discussed more fully below, the victim reinitiated communication with KREZOUB in late January 2023, at the FBI's request, by responding to her repeated texts.

tone of the messages was friendly and flirtatious.  For instance, on August 24, 2021, the victim and KREZOUB exchanged introductory texts.  Four days later, KREZOUB wrote, "Thinking about how much fun we had last night. . . would love to see you again, but don't want to rush things."  Multiple texts were exchanged about dinner plans and their dates.  On August 29, 2021, the victim wrote, "Miss you already.  Have a great rest of the weekend."  KREZOUB responded, "Have safe travels, I miss you."

b.    Between September and October 2021, the victim and KREZOUB exchanged additional texts in which they chatted, exchanged flirtatious messages, and discussed the victim's future trips to Boston.  KREZOUB sent texts like, "Miss u" and "Do you know how cute you were falling asleep, I think I should've taken a picture too!  Let's call some time soon baby."  KREZOUB also expressed excitement at the victim's pending visits.  KREZOUB, for example, sent a text message on October 19, 2021, stating, "Are you in Boston soon to keep me warm?"

c.    Approximately two hours after KREZOUB sent the above message, KREZOUB then texted the victim, "Delete the naked photos please.  I never gave anybody permission."  The victim responded, "There are no photos."  The victim continued, "There are no photos.  And no[,] don't know your point."  KREZOUB, however, continued to text the victim accusing him of taking photos of her without her permission, which the victim repeatedly denied.  At one point, the victim stated, "No.  Sorry you are wrong and I will press charges if I need too."  The

victim later wrote, "Nonsense.  Stop your [i]llegal nonsense and extortionist behavior or will have to take legal action."  He continued, "No.  Do you try to extort on a routine basis?  Do you pay taxes?"

       d.   After the above interaction there appeared to be a three-week break in the text messages.  KREZOUB reinitiated contact on November 11, 2021.  KREZOUB and the victim both apologized for their previous statements.  KREZOUB told the victim, "Trust me you're beyond amazing."

       e.   In late November 2021, KREZOUB and the victim discussed her potentially traveling to Southern California.  She texted the victim, "I prefer shopping, does Fashion Island in Newport ha[ve] a jewelry and dress stores?  Will definitely put me in a pleasant mood!!"  The victim did not respond to this text.  KREZOUB then sent dozens of additional texts in quick succession disparaging the victim and his family.  KREZOUB wrote, "Want to fuck?  Call Amex we go shopping or otherwise go meet some bitch . . . ."

       f.   According to the victim, KREZOUB never traveled to Southern California and the last time he saw her in person was around October 2021.

       g.   Between late November and December 2021, KREZOUB, continuing to use the 5969 phone number, sent the victim hundreds of harassing texts.  For example, she sent messages calling the victim a "bitch" and stating, among other things, "You should pay me," "Fuck you, I don't fuck for dinner," and she continued to disparage his family.

h.    The victim responded to a few of KREZOUB's texts
and told her to stop sending him messages.  For example, on
December 5, 2021, the victim texted, "Stop abusing me.  Stop
abusing me.  Stop.  Get out your unhealthy fire breathing self
for a few minutes. . . .  And get some help before you hurt
yourself or some one else."

i.    Between December 12 and December 14, 2021, the
victim started to receive new harassing texts from phone numbers
ending in 6066 ("the 6066 phone number"), 8880 ("the 8880 phone
number"), and 5657 ("the 5657 phone number").  The content of
the messages was similar to those received from KREZOUB on the
5969 phone number.  Below are some additional examples:

i.    On December 13, 2021, the victim received a
text from the 6066 phone number stating, "You have my address
babe?  I need new Chanel bag in pink I don't F with broke. . . .
I'm too pretty for this treatment."  Later on, she wrote, "Never
had problems being complaint.  Depends what I'm offered."

ii.    On December 14, 2021, the victim received a
text from the 8880 phone number stating, "You think I make
scandals to men who treat me properly? . . .  You should pay me
to have sex . . . .  Fuck you . . . .  I'll find your enemies
and will be very friends with them."

iii. On December 15, 2021, the victim received a
text from the 5657 phone number stating, "Real men show what
they are worth to a woman to earn her respect . . . .  And you
don't even pick me up or offer a fur when I'm cold or new
earrings when I kindly ask."

j.    The victim did not respond to these texts.

k.    Seven days later, on December 20, 2021, victim received a text from the 6066 phone number, which included a portion of a report naming the victim as a suspect in a domestic violence case.  The text stated, "Go pick up your police report."  The victim responded, "No YOU are the criminal.  You are going to pick up your report.  Liar.  Illegal con artist. Swindler and 100 times worse.  You try extortion.  Sorry. Illegal here.  Go away.  Go back to where you can do these things and where people accept it.  Not here."

l.    On December 15, 2021, the victim received text messages from the email address of anastassiausa@icloud.com stating, "You come off as someone who's paying the life of an old ex, lol, I'm too much and out of your league to fuck for food, take a bitch to dinner to fucl [sic].  You don't deserve me, look at me?  You're jealous men look at me when we're out."

m.    Also, on December 16, 2021, the victim started to receiving harassing texts from the email address of laradesa06@gmail.com, stating:

> I regret I had sex with you because of the way you treat me after . . . .  Not even a decent date . . . . I am sorry, but I was not pleased meeting someone who comes empty handed and doesn't take care of me properly . . . .  If you want to keep seeing me even casually, we can talk about my maintenance, rent, beauty and shopping expenses I need to be beautiful to meet.  Otherwise, plenty of very successful men will be happy to take care of their dear and keep her sweat and tight.  I don't want to waste myself.  sorry. . . .  I don't feel your love at all with me. . . .  I cannot have sex with every man who wants me, men wh0o send me 500 roses or offer me trips, maybe I should accept because you neglect me. . . .  And I asked like a small gift you tell me to F off.

n.    On December 21, 2021, the victim texted the following in response:

> Stop abusing me and lying all the time.  I don't know what is wrong with you.  Stop and leave me alone. Have said many times before.  Do not contact me again. And do not menace me or family again.  And do not troll[.]  Just stop and go find somebody else to play your problems out on.

The victim later texted, "I keep blocking numbers but you keep faking.  Surely there are more Men you can abuse."  Later, KREZOUB texted the victim stating that he anally raped her.

o.    KREZOUB continued to text the victim in a similar manner and state that he anally raped her.

p.    KREZOUB also left recorded voicemails to a similar effect.  I have listened to some of these recordings and the content is similar to the text messages.

B.    <u>Victim Sends a Cease-and-Desist Letter to KREZOUB</u>

10.    The victim reported that his attorney emailed a cease-and-desist letter to KREZOUB on December 27, 2021.  Based on my review of the letter, it was emailed to KREZOUB at the following email addresses: laradessa06@gmail.com, anastassiakrez@gmail.com, and anastassiausa@icloud.com.  The letter demanded KREZOUB stop sending harassing messages to the victim and his family, expressly told her that "any and all communication from [her] is unwanted" and must stop, and warned that the victim would pursue legal action if KREZOUB did not cease her threatening communications.

11.    The victim's counsel provided me with several email responses to the cease-and-desist letter from

anastassiakrez@gmail.com, dated December 27, 2021, January 18,
2022, February 22, 2022, February 23, 2022, and March 12, 2022.
As an example, on February 23, 2022, anastassiakrez@gmail.com
sent a response to the cease-and-desist letter stating, "I am
allowed to talk about being raped . . . .  Alright I'm getting
the story to the press and media."  On March 12, 2022,
anastassiakrez@gmail.com sent a response stating, "Are you
kidding me?  Have you seen him naked?"

        12.  KREZOUB continued to send harassing texts to the
victim notwithstanding the cease-and-desist letter.  For
example, the texts the victim provided to the FBI show that the
victim received hundreds of additional harassing texts after the
cease-and-desist letter had been sent to KREZOUB in December
2021.  Below are some additional examples:

        a.  On June 29, 2022, the victim received text
messages from the 5657 phone number stating:

- ██████████████████████████████
- "I want to see you cry, suffer,"
- ████████████████████████████████████
  ███████
- "I want to commit suicide,"
- "You are about to live your worse nightmares,"
- ███████████████████████████████████
- ████████████████████████████████████████
  ████████████
- ████████████████████████████████████████
  ████████████████

12



- <span style="background-color:black">      </span>

- "YOUR nightmares are about to start since you asked for it,"

- <span style="background-color:black">      </span>

- <span style="background-color:black">      </span>

- <span style="background-color:black">      </span>

- <span style="background-color:black">      </span>

- <span style="background-color:black">      </span> and

- <span style="background-color:black">      </span>

b.    On June 29, 2022, the victim also received back-to-back text messages from the 5657 phone number that read, "Get out of the building" and "Before it gets blown up LOL."

c.    On June 30, 2022, the victim received a text message from the 5657 phone number that stated, "Yes buy me Chanel bitch if you want me to get excited to see you, bitch! . . . . Only thing that excite me is kick your ASS . . . . Burn your house in [city]."

d.    More recently, on December 1, 2022, the victim began receiving texts from a phone number ending in 2575 ("the 2575 phone number"). Between December 1, 2022, and January 13,

2023, the victim received approximately 7,900 harassing text
messages from the 2575 phone number.  Below are some examples:

   i. Multiple photos of a close-up picture of a
human rectum.

   ii. Multiple photos of graphic pornographic
images.

   iii. Multiple text messages referencing graphic
sex acts with members of the victim's family.

   iv. Multiple messages threatening reputational
damage against the victim and his family.  For example, on
December 3, 2022, the victim received text messages that stated,
"All of you will be embarrassed on fucking National TV . . . .
CNBC, CNN, Bloomberg, Yahoo TV."

  C. <u>The Victim and His Employer Receive Harassing Emails</u>

  13. In addition, both the victim and his employer reported
that they began to receive harassing messages from various email
accounts in June 2022.  These emails were believed to be from
KREZOUB based on their similarity in tenor and tone and
references to past events, such as her prior text messages.  The
victim and his employer provided me with copies of these emails,
which I have reviewed.  Below are examples of emails that the
email address of laradesa06@gmail.com sent to the victim and
others at his employer:

   i. On August 31, 2022, laradesa06@gmail.com
sent an email to the victim's employer, titled "[Victim's first
and last name] | SEXUAL ASSAULT BATTERY, solicitation, audio
depositions."  The email contained screenshots of a police

report filed with the Boston Police Department, dated December 16, 2021, alleging that the victim had taken non-consensual nude photos of KREZOUB and had threatened to have her kicked out of the country.

  ii.  On September 11, 2022, laradesa06@gmail.com sent an email to the victim's employer, titled "[Victim's first name] solicits to prostitution girls . . . ."  The email contained screenshots of text messages between KREZOUB and the victim, a pornographic image of male genitalia, and a screenshot of a portion of the Boston Police Department report.  The body of the email included the following text: "I never consented to meet for sex at any hotel.  I was so drunk every time we met he would make me drink and take me to his room for unprotected sex.  One of the last time I met him, he grabbed my wrist and forced himself inside of me, forcing me to anal sex, because 'I didn't wanted it.'  If I wasn't afraid for my life at that hotel room and scared of him hitting me, I would've defended myself."

  iii. On November 19, 2022, laradesa06@gmail.com sent an email to victim's employer, titled "[Victim's first name] LOVES ANAL AND ** POOP FETISHES."  This email contained a pornographic image of two men engaging in sexual activity.

  iv.  On January 12, 2023, laradesa06@gmail.com sent an email to victim's employer, titled "[Victim's first and last name] RAPED MY BRUTALLY."  The email read, "HE FORCED ME TO ANAL VAGINAL ANAL WITHOUT ANY PROTECTION WITHOUT EVEN LUBRICANT OR PREPARING ME ONE DAY HE WAS ANGRY AT ME FOR RESISTING HE

GRABBED ME I WAS NOT ABLE TO MOVE BUT JUST LET HIM SODOMIZE ME
UNTIL HE FINISH."

D.   KREZOUB's Police Reports Against the Victim

14.   The victim reported to me that KREZOUB filed multiple
false police reports against him.  As part of the investigation,
I reviewed copies of these police reports.

15.   The first police report that KREZOUB filed against the
victim was on December 16, 2021, with the Boston Police
Department.  This report matches the police report that KREZOUB
referenced in her texts to the victim in December 2021.
According to the report, KREZOUB walked into the police station
and reported that on her third date with the victim, "[S]he
awoke to him taking photos of her while she was sleeping in the
nude."  The report further stated that KREZOUB said that when
"she attempted to break up with [the victim, he] stated he 'will
get people to her home FBI and police' and that he 'will find
her family and have them kicked out of the country.'"  KREZOUB
made no mention of rape or any other form of sexual abuse in her
police report.

16.   KREZOUB filed a second police report against the
victim on March 23, 2022, with a local police department in
Southern California.  According to the police report, KREZOUB
stated that the victim took nude photos of her without her
consent.  KREZOUB also stated that the victim attempted to have
anal sex with her against her will.  The reporting officer's
report also included a note regarding KREZOUB, specifically

stating that her "timeline and recount of the incidents did seem unclear and illogical at times."

17.  Based on my communications with both the Boston Police Department and the local police department in Southern California, neither are investigating these complaints against the victim.

E.   FBI Interviews KREZOUB

18.  As part of the investigation, FBI agents from the Miami Field office telephonically interviewed KREZOUB on September 13, 2022, and November 13, 2022.  I have reviewed both of those interview reports and summarize them below.

19.  During her September 13, 2022 interview with the FBI, KREZOUB stated the following:

a.   KREZOUB reported that she was a French national who has been living in the United States since 2018.  She mentioned that she previously lived in Boston, Massachusetts and Miami, Florida but was presently residing in San Francisco, California.  KREZOUB stated that she worked in fashion e-commerce.

b.   KREZOUB stated that she met the victim in late August 2021 at a restaurant bar in Boston, Massachusetts. KREZOUB stated they conversed for several hours over drinks and that the victim asked her to come to his hotel room and offered her money, but she refused.  KREZOUB stated the victim texted her days later, inviting her to his hotel room.  KREZOUB stated that she refused again.  She mentioned that she met the victim for dinner.  Following dinner, KREZOUB stated she returned to

17

the victim's hotel room and they had sex.  KREZOUB stated that the victim paid her $400 to $500 for sex.  KREZOUB stated she went to dinner with the victim again a few days later and they had sex again.

c.  KREZOUB stated that in September 2021, after a night out with the victim, she woke up to the victim taking pictures of her.

d.  KREZOUB stated that in October 2021 she went on another date with the victim.  On this occasion, she reported that the victim sexually assaulted her in the morning with "forced penetration."  KREZOUB reported breaking off their relationship after that incident.

e.  KREZOUB reported that she saw the victim a total of five or six times between August and October 2021.  She reported that the victim paid for all meals, sometimes over $1,000 per meal, and paid her $400 to $500 one time for sex.

f.  KREZOUB reported that she filed a Boston Police Department report in December 2021 relating to the victim purportedly taking pictures of her.  She stated she did not tell the police about the sexual abuse at that time as, according to her, she did not want to report everything during the first report.  KREZOUB reported later informing the Boston Police Department about the sexual assault.[2]

g.  KREZOUB stated that the victim threatened her in October 2021, after she sent him a message to delete the photos

---

[2] I am in the process of requesting all other reports from the Boston Police Department which KREZOUB may have filed against the victim, to the extent they exist.

that he took of her.  KREZOUB mentioned that the victim was
scared he would lose his job if sexual assault allegations were
made against him.  KREZOUB stated that she provided the Boston
Police Department with screenshots of purportedly threatening
texts but that the victim threatened her more often over the
phone rather than in text.

      h.   KREZOUB acknowledged that the victim's attorney
sent her a letter stating she made threats against the victim.
KREZOUB, however, denied ever threatening the victim.

20.  FBI agents telephonically interviewed KREZOUB again on
November 7, 2022.  During the interview, KREZOUB stated the
following:

      a.   KREZOUB stated that she called the FBI to
complain that the victim had taken nude photos of her and that
she filed multiple police reports against the victim.[3]  She said
that she was told that no one could help her.

      b.   She stated that was in contact with a local
detective in Southern California but declined to provide any
more information.

      c.   KREZOUB refused to provide the FBI with her
current address and stated that she did not want the FBI to
investigate her complaint against the victim any further.

---

[3] I have reviewed FBI records and I did not find any
complaint made or filed by KREZOUB.

F.    Further Investigation into KREZOUB Reveals Other
      Potential Stalking Victims

21.    During my investigation into KREZOUB, I identified
other potential stalking victims, including victims in Florida
and Boston, Massachusetts.

a.    Potential Florida Victim

i.    As part of his referral to law enforcement,
the victim provided the FBI with a report on KREZOUB that was
prepared by a private investigation firm.  The investigation
firm identified a man in Florida as another subject of potential
stalking by KREZOUB (the "Florida Victim").  The investigative
report included online postings about the Florida Victim that
included the email address of laradesa06@gmail.com.

ii.    I located and reviewed a request for a
domestic violence restraining order that the Florida Victim
filed against KREZOUB in Florida state court.  Based on the
filing, the Florida Victim reported having a brief relationship
with KREZOUB in 2019.  After their relationship ended, the
Florida Victim reported that KREZOUB stalked him on a daily
basis for over a year.  The Florida Victim reported that KREZOUB
later emailed him and demanded money and defamed the victim's
character.

iii. I attempted to interview the Florida Victim.
The Florida Victim, however, declined to speak with me and
indicated he had moved on with his life.

b.    Potential Boston Victim

i.    I also recently learned of another report of
threatening behavior against KREZOUB.  This report came from the
Boston Police Department, which provided me with a copy of the
police report detailing the activity.  According to the Boston
Police Department report, dated January 20, 2023, a Boston-area
hotel filed a police report against "Anatasa Krezoub," who is
believed to KREZOUB, for threatening its employees.  The hotel
reported that the subject had contacted the hotel multiple times
from the 5969 phone number and the email address of
laradesa06@gmail.com.[4]  The hotel reported that the subject made,
among other threats against hotel employees, the following
statements:

- "I have the means to find anything I want, and destroy
  your life . . . ,"

- "I will go after you if I want to,"

- "Take a shower your hair is greasy nasty Arab,"

- "Ill come fuck you up if you talk to me like that nasty
  Arab," and

- "Don't fuck with me."

ii.    I have not interviewed the hotel employees
or victims of these threats to date.

iii. On March 16, 2023, the investigating
detective from the Boston Police Department contacted me to

_____

[4] Both this phone number and email address sent multiple
threatening communications to the victim, as discussed above.

inform me that KREZOUB was still sending harassing messages to
victims in Boston.

      G.   The Phone Numbers and Email Addresses Used to Stalk
            the Victim Come Back to KREZOUB

    22.  Subscriber records received from Google for the email
addresses of anastassiakrez@gmail.com and laradesa06@gmail.com
show "Anastassia Krezoub" (KREZOUB) as the billing name
associated with a Google Pay account connected to these email
addresses.

    23.  Similarly, records received from Apple show that the
iCloud account anastassiausa@icloud.com was registered to an
email address of laradesa06@gmail.com, and a person with the
first name of "Anastassia," the last name of "K," and the 5969
phone number.

    24.  Records received from AT&T Wireless showed that the
5969 phone number was subscribed to "Anastassia Krezoub"
(KREZOUB) since November 12, 2020 at an account address in
Boston, Massachusetts.

    25.  Records from Bandwidth.com showed that the 5657 phone
number was assigned to Ad Hoc Labs, Inc. doing business as
Burner ("Burner").  Records subsequently received from Burner
showed that the 5657 phone number was created and used by the
5969 phone number (registered to KREZOUB) between the dates of
January 6, 2021, and November 3, 2022.

    26.  I determined that the 6066 phone number, the 8880
phone number, and the 1480 phone number were assigned to

Bandwidth.com and Intelliquent.  I am in the processing of
requesting further subscriber records from those companies.

    H.   <u>The Victim Reinitiates Contact with KREZOUB at the
         FBI's Request</u>

    27.  In late January 2023, the victim reinitiated contact
with KREZOUB at the 2575 phone number at the request of the FBI.
During these communications, KREZOUB stated she would stop
harassing the victim if she received various luxury items and
"monthly support."  Below is a summary of the recent text
conversation the victim had with KREZOUB, which were provided to
me via a new digital extraction from the victim's cellphone.

    28.  On January 25, 2023, the victim and KREZOUB had the
following text message conversation:

| | |
|---|---|
| [VICTIM]: | I need this to stop.  You tell me what it takes and I need to know it all stops forever for me and family.  And what assurances can you give to stop? |
| [KREZOUB]: | Ok.  I will. |
| [KREZOUB]: | When I'm happy it's easy for me to shut up. |
| [VICTIM]: | I do not know what will make you happy. What will make you happy?  I need an action item What is it and how will I know you will stop and leave me and family alone? |
| [KREZOUB]: | I don't know what I can ask you.  What can I do so you are assured. |
| [VICTIM]: | I don't know.  You need to tell me what will make you happy.  And rest is after that. |
| [KREZOUB]: | Action Item of things that make me happy, guaranteed to keep me happier and/or will keep me happiest ever: |

* Multiple Hermès bags of my choice (example : Black Birkin in Alligator 30, Gold Brown Birkin 25, Constance bag 18 in Alligator)

* Lady Dior size Small Alligator Finish in Blush color with Crystal Hardware

* Patek Philippe Watch 24H model Women's Rose Gold Diamond Bazel

* Vacherin Constantin Watch Women's Overseas Quartz Pink Gold

* Audemars Piguet Royal Oak Women's Rose Gold 33mm Frosted Finish

* Diamond Earrings + Diamonds Tennis Bracelet from Tiffany

* Cash for minor Rhinoplasty from Dr. [Name]

* Gold Bars

* Condo in Boston and/or Miami

* Newest Mercedes car

* Pomeranian Spitz Female Puppy + dogsitter & insurance fees

Feel Free to pick from this list.

[. . .]

[KREZOUB]:     This or sex scandal at your kids graduation.

29.  On January 31, 2023, the victim, at the request of law enforcement, made a recorded call to KREZOUB, which I have reviewed.  During the call, the victim asked if KREZOUB "would leave [him] and [his] family alone" if he gave her the requested items.  KREZOUB agreed.

30.    Most recently, the victim's attorney reported to me
that KREZOUB has continued to send threats to the victim,
including threats of physical violence and reputational damage
against the victim and his family.

### V.    CONCLUSION

31.    For all the reasons described above, I submit there is
probable cause to believe that KREZOUB violated 18 U.S.C.
§ 2261A(2)(B) (Stalking).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 20th day of
March, 2023.


_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

25